THEODORE MARANGOS, an Infant, by CHRIST MARANGOS, as Guardian ad Litem, and CHRIST MARANGOS, Respondents, v. CELIA ROSANSKY, as Administratrix De Bonis Non of the Estate of BECKIE LISHINSKY, Deceased, and as Administratrix, etc., of JACOB LISHINSKY, Deceased, Appellant.— Judgment unanimously

affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

